# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SHABANA QADRI, | No. CV 13-7702-RGK (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the order accepting the findings, conclusions, and recommendation of the United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed consistent with the Report and Recommendation.

DATED: SEP 1 5 2014

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE