1 | Erika Bailey Drake (SBN 248034)
2 | edrake@drakeanddrake.com
  | Roger D. Drake (SBN 237834)
3 | rdrake@drakeanddrake.com
4 | 23679 Calabasas Road, Suite 403
  | Calabasas, California  91302
5 | Telephone:  818.438.1332
6 | Facsimile:  818.854.6899
7 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| SHABANA QADRI, | ) |
|---|---|
| | ) CASE NO.: 2:13-cv-007702-RGK (PLA) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| CAROLYN W. COLVIN, Acting | ) AWARDING EAJA FEES |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE

| | |
|---|---|
| 1 | THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($3,500.00) subject to the |
| 2 | terms of the stipulation. |
| 3 | |
| 4 | RECOMMENDED BY: |
| 5 | |
| 6 | DATED:  10/22/2014 |
| 7 | HONORABLE PAUL L. ABRAMS |
|   | UNITED STATES MAGISTRATE JUDGE |
| 8 | |
| 9 | ORDERED BY: |
| 10 | |
| 11 | DATED:  11/4/2014 |
| 12 | HONORABLE R. GARY KLAUSNER |
| 13 | UNITED STATES DISTRICT JUDGE |